IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**MOZELLA SMITH,**

      **Plaintiff,**

v.                                                          No. 1:11-cv-01249-JDB

**STATE FARM FIRE AND**                 **JURY DEMANDED**
**CASUALTY COMPANY a/k/a**
**STATE FARM VP MANAGEMENT**
**CORP.,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

      Came now this date the parties, by and through counsel, and informed this Court that the above-styled matter has been resolved by way of mutual compromise.  As such, the parties moved this Court for an Order of Dismissal with prejudice.  The Motion being well-taken:

      IT IS THEREFORE ORDERED that the above-styled matter, bearing docket number 1:11-cv-02149, is hereby dismissed with prejudice.  No discretionary costs will be applied for or awarded.

s/ J. Daniel Breen
Judge, U.S. District Court

Approved by:

_s/ Russell E. Reviere_____
Russell E. Reviere (07166)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414


_s/ Harold E. Dorsey_
Harold E. Dorsey (019361)
10 S. Johnson Street
Alamo, Tennessee 38001
(731) 696-5115