# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

MOZELLA SMITH,

Plaintiff,

CASE NUMBER: 1:11-cv-1249-JDB-egb

v.

STATE FARM FIRE AND
CASUALTY COMPANY a/k/a
STATE FARM VP MANAGEMENT
CORP.,

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered in the above-styled matter on 5/1/2013, this case is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded.

**APPROVED:**

　　　　　　　　　　　　　　　　　　　　　　　　s/J. Daniel Breen
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**